484

Submitted on briefs November 30, affirmed December 8, 1972

STATE OF OREGON, *Respondent, v.*
RICHARD DUNCAN (No. 28701),
*Appellant.*
503 P2d 521

Nicholas D. Zafiratos, Astoria, for appellant.

Lee Johnson, Attorney General, John W. Osburn, Solicitor General, and Thomas H. Denney, Assistant Attorney General, Salem, for respondent.

Before Schwab, Chief Judge, and Foley and Fort, Judges.

PER CURIAM.

Affirmed. *State v. Kohlasch,* 11 Or App 459, 502 P2d 1158 (1972).